**ORDERED in the Southern District of Florida on April 27, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

**In re:** **CASE NO. 15-30236-AJC**

**MARTHA R. VALERIO and**
**RAFAEL E. CUAREZMA,** **CHAPTER 13**

**Debtors.**
_____________________________/

**ORDER SUSTAINING OBJECTION TO CLAIM 9-1 [DE 52]**

THIS CAUSE having come before the court on April 19, 2016 upon the Debtor's Objection to Claim Number 9-1 of State of Florida - Child Support Enforcement (D.E. #52). For the reasons stated on the record, it is

**ORDERED:**

Debtor's Objection to Claim is **SUSTAINED**. Claim 9-1 is of State of Florida - Child Support Enforcement is **STRICKEN** and **DISALLOWED**.

# # #

**Submitted by:**
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
Phone: (305) 266-1150

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).