**ORDERED in the Southern District of Florida on October 31, 2016.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **IN THE MATTER OF:**<br>**MARTHA R. VALERIO**<br>**RAFAEL CUAREZMA** | **CASE NO. 15-30236-AJC**<br>**CHAPTER 13** |

**Debtors,**
___________________________________/

**ORDER SUSTAINING OBJECTION TO CLAIM 8-2, DE # 95**

**THIS CAUSE** having come before the court on October 25, 2016 upon the Debtors MARTHAS R. VALERIO and RAFAEL CUAREZMA's Renewed Objection to Claim Number 8-2, (D.E. #95), this Court having considered the basis for the objection and being otherwise duly advised in the premises, it is

**ORDERED** that MARTHA R. VALERIO and RAFAEL CUAREZMA's renewed objection to the claim is hereby **SUSTAINED,** and the amount of the claim is reduced to $6015.64.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).